No. 82–6279.  MCDONALD v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 82–6302.  DANCY v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 82–6303.  BROOKS v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 82–6311.  LLORENS v. MERIT SYSTEMS PROTECTION BOARD.  C. A. 6th Cir.  Certiorari denied.

No. 82–6315.  MULLINS v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 82–6316.  WILSON ET AL. v. COMMISSIONER OF INTERNAL REVENUE.  C. A. 9th Cir.  Certiorari denied.

No. 82–6317.  YATES v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 82–6320.  MARTIN v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 82–6326.  MEAGHER v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 82–6340.  TAVOLINO v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 82–6341.  RIOLA v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 82–6349.  CALABRESE v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 82–6356.  NICKS v. HAZLETT ET AL.  C. A. 6th Cir. Certiorari denied.

No. 82–6357.  MCCORD v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.